FILED
CLERK, U.S. DISTRICT COURT
05/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: gsa  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

**Ifeoma Chukwurah**,
Plaintiff, Pro Se

v.

**Kaiser Foundation Health Plan, Inc.**,
Defendant.

**Case No.:** 2:25-cv-02371-SRM-JDE

## MOTION TO STAY OR TOLL FILING FEE DEADLINE PENDING IFP RECONSIDERATION

Plaintiff Ifeoma Chukwurah, proceeding pro se, respectfully moves this Court to **stay enforcement of the filing fee deadline** and **toll the 30-day payment requirement** pending the Court's ruling on her concurrently filed **Motion for Reconsideration of IFP Denial** (Dkt. No. ___), pursuant to **Federal Rule of Civil Procedure 60(b)** and **Local Rule 7-18**.

## I. BACKGROUND

On April 23, 2025, the Court denied Plaintiff's original in forma pauperis (IFP) request and ordered that the filing fee be paid within 30 days. At the time of her initial application, Plaintiff did not include financial and medical documentation due to **miscommunication with pro bono clinic and clerk staff**, who advised that such requests were typically granted without attachments.

Plaintiff has now submitted a detailed reconsideration motion, along with **sealed supporting documentation** evidencing her financial hardship, disability status, and ongoing therapy-related expenses. These materials include an amended CV-60, confidential financial declaration, and proof of Medi-Cal eligibility and income status.

## II. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court issue an order:

1. **Staying enforcement** of the April 23, 2025 filing fee deadline;

2. **Tolling the 30-day clock** until the Court rules on Plaintiff's IFP reconsideration motion;

3. Clarifying that no adverse action (e.g., dismissal) will be taken based on non-payment of the filing fee during the pendency of the reconsideration.

This request is made in good faith and not for purposes of delay. Plaintiff's inability to pay is documented in sealed submissions, and the requested relief is necessary to preserve her right to access the court under **28 U.S.C. § 1915** and applicable ADA principles.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully asks the Court to **stay or toll the deadline to pay the filing fee** until a decision is rendered on the Motion for Reconsideration.

A [Proposed] Order is submitted concurrently.

**Respectfully submitted,**

/s/ Ifeoma Chukwurah
**Ifeoma Chukwurah, Pro Se**
1968 S. Coast Hwy, Suite 4064
Laguna Beach, CA 92651
(424) 245-5251
plaintiffdocs2025@gmail.com

**Date:** May 21, 2025