FILED
CLERK, U.S. DISTRICT COURT
05/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____gsa_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

**Ifeoma Chukwurah**,
Plaintiff, Pro Se

v.

**Kaiser Foundation Health Plan, Inc.,**
Defendant.

**Case No.:** 2:25-cv-02371-SRM-JDE

## MOTION TO SEAL CV-60 FEE WAIVER APPLICATION AND SUPPORTING EXHIBITS

Plaintiff, appearing pro se and in forma pauperis, respectfully requests permission to file her completed FW-001 fee waiver form under seal pursuant to Local Rule 79-5.2.2.

The fee waiver form contains sensitive personal financial information, including Plaintiff's public assistance status, income level, and benefit enrollment. Public disclosure of this information is unnecessary for the determination of this motion or the merits of Plaintiff's claims, and could result in unnecessary exposure of sensitive financial data and interfere with Plaintiff's ability to fully and safely participate in this litigation.

Plaintiff is a disabled, unemployed Black woman pursuing access to justice as a self-represented litigant under the **Americans with Disabilities Act and Section 504 of the Rehabilitation Act**. Sealing the FW-001 is consistent with protections afforded to similarly situated litigants and would not prejudice Defendant or delay proceedings.

This request is made pursuant to **Federal Rule of Civil Procedure 5.2(e)** and **Local Rule 79-5.2.2**, which permit sealing documents containing sensitive personal financial and health-related information. The unredacted fee waiver application, CV-60 attachment, and supporting exhibits include medical history, disability status, income details, and confidential therapy payments that implicate Plaintiff's rights under **Title II of the ADA**, **Section 504 of the Rehabilitation Act**, and the **Due Process Clause** of the Fifth Amendment.

This request applies to the CV-60 and supporting exhibits submitted in the above-captioned case and any substantially similar filings Plaintiff submits in related actions filed concurrently or subsequently before this Court.

Plaintiff maintains that a denial of in forma pauperis status does **not bar her from filing timely Rule 59(e), reconsideration, or related procedural motions**, particularly where those filings are narrowly focused on judicial error, ADA-related access issues, or relief from judgment under Fed. R. Civ. P. 59 and 60.

Plaintiff's supporting documents, including the unredacted FW-001, financial declarations, and exhibits, are submitted under seal pursuant to Local Rule 79-5.2.2 and FRCP 5.2(e). Redacted versions are not submitted, as the materials contain confidential financial and medical details that would be rendered unintelligible if redacted.

**WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the FW-001 form under seal.**

Dated: May 21st, 2025

Respectfully submitted,

**/s/ Ifeoma Chukwurah**
Plaintiff, Pro Se
1968 S. Coast Hwy, #4064
Laguna Beach, CA 92651
plaintiffdocs2025@gmail.com
(424) 245-5251