CLERK, U.S. DISTRICT COURT

6/10/2025

CENTRAL DISTRICT OF CALIFORNIA

BY ___ RYO ___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

**Ifeoma Chukwurah**,
Plaintiff, Pro Se

v.

**Nomad Health Inc.,**
Defendant.

**Case No.: 2:25-cv-02371-SRM-JDE**

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE OR PERMANENTLY SEAL DOCKET ENTRY NOS. 3, 9, 19, 31 & 35

Having considered Plaintiff Ifeoma Chukwurah's Motion to Strike or Permanently Seal Docket Entry Nos. 3, 9, 19, 31, and 35 due to improper public disclosure of sensitive financial, medical, and personally identifiable information, and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff's Motion is **GRANTED**;

2. Docket Entry Nos. 3, 9, 19, 31, and 35 are hereby **STRICKEN** from the public docket in their entirety and placed **UNDER SEAL**;

3. Plaintiff may file redacted versions of the affected docket entries for the public record within **14 days** of this Order, if the Court so requires;

4. The Court finds that the original filings disclose Plaintiff's private financial and medical information, and that public access to such materials presents a risk of **irreparable harm**, particularly for a **disabled, unrepresented litigant** proceeding pro se in a case involving **civil rights and disability retaliation**;

5. As no Defendant has yet been served, this Order **does not prejudice any party** and serves to protect the integrity of the sealed record and Plaintiff's **privacy and due process rights**;

6. The Court reserves ruling on any additional relief pending Plaintiff's forthcoming
   filings.

**IT IS SO ORDERED.**

Dated: _____

**Hon. Serena R. Murillo**
United States District Judge

**Hon. John D. Early**

United States Magistrate Judge

**Submitted by:**
Ifeoma Chukwurah, Plaintiff Pro Se