| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JAN 7 2026 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IFEOMA CHUKWURAH,

      Plaintiff - Appellant,

 v.

KAISER FOUNDATION HEALTH PLAN, INC.,

      Defendant - Appellee.

No. 25-5389

D.C. No. 2:25-cv-02371-SRM-JDE
Central District of California, Los Angeles

ORDER

On April 23, 2025, the district court issued an order denying leave to proceed in forma pauperis. On May 29, 2025, the district court dismissed the action for failure to pay the filing fee. On June 11, 2025, the district court entered an order which explained that appellant had filed a motion for reconsideration of the in forma pauperis denial on May 21, 2025, but that the motion was not entered on the docket in the district court until June 2, 2025, due to a clerical delay. The district court's June 11, 2025 order directed appellant to refile an application to file under seal in compliance with local rules, and stated that failure to comply would result in a denial of the motion to reconsider the denial of in forma pauperis status, and the dismissal of the action. Appellant did not refile an application to file under seal. Instead, appellant filed a notice of appeal on August 21, 2025.

Proceedings in this appeal are stayed until the district court enters an order on the motion for reconsideration of the denial of in forma pauperis status filed on May 21, 2025, and docketed June 2, 2025. *See* Fed. R. App. P. 4(a)(4), Fed R. Civ. P. 62.1; *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT