UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IFEOMA CHUKWURAH,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>      Defendant - Appellee. | No. 25-5389<br><br>D.C. No.<br>2:25-cv-02371-SRM-JDE<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: SCHROEDER, CHRISTEN, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 4) to seal the motion to proceed in forma pauperis is denied. The clerk will unseal Docket Entry Nos. 4 and 5.

After considering the response to the court's May 26, 2026 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 5) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

**DISMISSED.**